*MADE JS-6*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBIN RODRIGUEZ<br><br>Plaintiff,<br>vs.<br><br>ER SOLUTIONS, INC,<br><br>Defendant. | Case No.:  CV 11-8656-GW(SPx)<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

## ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE

IT IS HEREBY ORDERED that the parties' joint Stipulation to Dismiss Case with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is GRANTED. Accordingly, the above-captioned matter is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED.


DATED: March 5, 2012

_____
GEORGE H. WU
United States District Judge